FILED

12/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0029



ORIGINAL

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0029

FILED

DEC 27 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

CITY OF MISSOULA,

    Plaintiff and Appellee,

v.

MAX ELIAS CORRIGAN,

    Defendant and Appellant.

ORDER

    Counsel for the Appellant Max Elias Corrigan filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Corrigan was granted time to file a response, but no response was filed.

    The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised on direct appeal in Corrigan's case.

    IT IS THEREFORE ORDERED that this appeal is DISMISSED.

    The Clerk is directed to provide copies of this Order to all counsel of record and to Corrigan personally.

    DATED this 27 day of December, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices